# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FT. MYERS DIVISION

UNITED STATES OF AMERICA

-vs-

HECTOR DOMENECH-BONILLA

Case Number: 2:07-cr-91-FtM-29SPC

USM Number: 43173-054

Martin DerOvanesian, FPD
1514 Broadway, Suite 301
Fort Myers, FL. 33901

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Probation or Supervised Release

The defendant admitted guilt to violation charge numbers One, Two, Four, Five & Six of the term of supervision. The defendant is adjudicated guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | New conviction for conduct occurring while on supervision: the defendant committed the offense of Loitering | January 9, 2008 |
| Two | New conviction for conduct occurring while on supervision: the defendant committed the offense of Narcotic Equipment - Possess and or Use and Open Container | January 26, 2008 |
| Four | Positive urinalysis | December 28, 2007 |
| Five | Failure to participate in Drug Aftercare Treatment | December 30, 2007 |
| Six | Failure to submit written monthly reports | January 5, 2008 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

Violation Charge Numbers Three & Seven dismissed on motion of the United States.

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:
2/11/2008

_____
JOHN E. STEELE
UNITED STATES DISTRICT JUDGE

February 13, 2008

AO 245B (Rev. 6/05) Judgment in a Criminal Case

HECTOR DOMENECH-BONILLA
2:07-cr-91-FtM-29SPC

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **Ten (10) Months**.

**The Court recommends to the Bureau of Prisons:**

    1. **Incarceration in a facility close to home (Fort Myers, Florida).**

**The defendant is remanded to the custody of the United States Marshal.**

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

                                                                             UNITED STATES MARSHAL

                                                                             By:_____
                                                                                      Deputy U.S. Marshal

## SUPERVISED RELEASE IS REVOKED AND NOT REIMPOSED